No. 874. WALL v. BRIM. March 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Grover Middlebrooks* and *Clifford E. Hay* for petitioner. *Mr. Julian Webb* for respondent.

No. 875. DES ROSIERS v. FORD MOTOR Co. March 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Herbert J. Jacobi* and *Thomas A. Jenckes* for petitioner. *Mr. I. Joseph Farley* for respondent.

No. 907. PARK, CHAIRMAN, v. GROUP OF INSTITUTIONAL INVESTORS ET AL. March 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frank C. Nicodemus, Jr.,* for petitioner. *Messrs. Kenneth F. Burgess, Douglas F. Smith, George Ragland, Jr., Fred N. Oliver* and *Willard P. Scott* for Group of Institutional Investors et al., and *Mr. Meyer Abrams* for Abrams et al., respondents.

No. 912. BULLDOG ELECTRIC PRODUCTS Co. v. WESTINGHOUSE ELECTRIC & MANUFACTURING Co. March 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Abraham J. Levin* for petitioner. *Messrs. Drury W. Cooper, Victor S. Beam* and *Thomas J. Byrne* for respondent.

No. 917. OHIO PUBLIC SERVICE Co. v. NATIONAL LABOR RELATIONS BOARD. March 12, 1945. Petition for writ of